IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARIJO STALLINGS, et al.,   )
                            )
     Plaintiffs,            )
                            )     CIVIL ACTION NO.
     v.                     )       2:20cv780-MHT
                            )            (WO)
DILLON MELVIN, et al.,      )
                            )
     Defendants.            )
```

**JUDGMENT**

Pursuant to the pro tanto stipulation of dismissal (doc. no. 39), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs' claims against defendants Cincinnati Insurance Company and Western Reserve Mutual Casualty Company are dismissed without prejudice, with costs taxed as paid, and said defendants are terminated as parties.  All claims against defendant Dillon Melvin remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 12th day of February, 2021.**

                                    **/s/ Myron H. Thompson**
                                **UNITED STATES DISTRICT JUDGE**