IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARIJO STALLINGS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:20cv780-MHT |
| ) | (WO) |
| **DILLON MELVIN,** ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (Doc. 51), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs Alexandra Stallings and Elizabeth Nemecek's claims against defendant Dillon Melvin are dismissed with prejudice and with costs taxed as paid. Said plaintiffs are terminated as parties. Plaintiffs Marijo Stallings and Anthony Stallings's claims remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 21st day of October, 2021.**

                                          <u>/s/ Myron H. Thompson</u>
                                      **UNITED STATES DISTRICT JUDGE**