IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARIJO STALLINGS,        )<br>                          )<br>    Plaintiff,         )<br>                          )<br>    v.                    )<br>                          )<br>                          )<br>DILLON MELVIN,            )<br>                          )<br>    Defendant.            ) | CIVIL ACTION NO.<br>   2:20cv780-MHT<br>        (WO) |

## JUDGMENT

On December 8, 2021, after this cause had been submitted to a jury, the jury, which had 11 members, returned a verdict as follows:

> "(1) May plaintiff Marijo Stallings recover on her negligence claim against defendant Dillon Melvin?
>
> YES ___11 [jurors]___
> NO  ___0 [jurors)___
>
> "(2) If yes, how much may plaintiff Stallings recover in compensatory damages from defendant Melvin?
>
> $ ___700,000.00___
>
> "DONE, this the **8th** day of December, 2021.
>
>                    /s/ Edward Paul Packard
>                         FOREPERSON"

It is therefore the ORDER, JUDGMENT, and DECREE of the court:

(1) That judgment is entered in favor of plaintiff Marijo Stallings and against defendant Dillon Melvin; and

(2) That plaintiff Stallings have and recover from defendant Melvin the sum of $ 700,000.00 in compensatory damages.

It is further ORDERED that costs are taxed against defendant Melvin, for which execution may issue.

This case is closed.

DONE, this the 9th day of December, 2021.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**